## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, CANTON

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 20-61029 |
| | : | (Jointly Administered) |
| FIBERCORR MILLS, LLC | : | |
| | : | |
| *et al.*[1] | : | Chapter 11 |
| | : | |
| Debtors and | : | Judge Russ Kendig |
| Debtors-in-Possession. | : | |
| | : | |

-----------------------------------------------------------x

### FIRST AND FINAL APPLICATION OF KRUGLIAK, WILKINS, GRIFFITHS, & DOUGHERTY, CO, LLP FOR AN ALLOWANCE OF COMPENSATION FOR <u>SERVICES RENDERED</u>

Krugliak, Wilkins, Griffiths, & Dougherty, Co., LLP ("KWGD"), special counsel for the

Debtors and Debtors in Possession (the "Debtor") in the above-captioned case, and hereby makes

its first and final application for an allowance of compensation for professional services rendered

and for reimbursement of expenses incurred (the "Compensation Period").

In support of this Application, the Debtors respectfully represent as follows:

---

[1]    The Debtors are FiberCorr Mills, LLC (EIN xx-xxx3852) Case No. 20-61029, Cherry Springs of Massillon II, LLC (EIN xx-xxx1706) Case No. 20-61030, and Shew Industries Inc. (xx-xx0322) Case No. 20-61031.

02882519-2 / 14226.21-0001

A.      Retention of KWGD.

KWGD was retained as special counsel for the Debtors effective as of, pursuant to the Court's Order entered, Docket No. 223.  A copy of the Order authorizing the retention of KWGD is attached to this Application as Exhibit A.  KWGD has not shared any compensation with any other entity and no agreement to share compensation exists between KWGD and any other entity.

B.      Compensation and Reimbursement of Expense Requested.

In accordance with sections 330(a) and 331 of the Bankruptcy Code and Federal Rule of the Bankruptcy Procedure 2016, as well as the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses, issued on January 30, 1996 (the "Trustees' Guidelines" KWGD provided a total of 35.60 hours of services to the Debtor for total fees of $7,755.00.  KWGD maintains daily time entries, which are prepared contemporaneously with the rendition of services to the Debtors.  These time records set forth the dates on which services were rendered, a summary description of such services, and the time spent each day delivering such services.  A schedule of such services provided during the Compensation Period and summary are attached to this Application as Exhibit B.  The blended hourly billing rate for KWGD's services to the Debtors during the Compensation Period is $217.34.

1.      Services Rendered by KWGD.

Set forth below is a summary description of KWGD's principal activities during the Compensation Period, broken down by billing categories:

a)      General Matters.

KWGD has included in this category time charges for its miscellaneous matters including appointment and application of fees.

   b.  <u>Employment Matters,</u>

  KWGD has included in this category time charges for representation of Debtors matters related to Debtors worker compensation claims, VSSR claims, unemployment matters and general employment matters.

  2.  <u>Actual and Necessary Expenses and Disbursements</u>

  KWGD seeks reimbursement for actual expenses ("Expenses") incurred in the rendition of services during the Compensation Period in the sum of $27.60. KWGD submits that such Expenses were reasonable and necessary in light of the services provided. A schedule of expenses is attached hereto as Exhibit C. KWGD utilized the following procedures with respect to the Expenses incurred in rendering services during the Compensation Period:

   a.  No amortization of the cost of any investment, equipment, or capital outlay is included in the Expenses, and KWGD does not make a profit on any Expense. In addition, for those items or services that KWGD justifiably purchased or contracted for from a third party (such as outside copy services), KWGD seeks reimbursement only for the exact amount billed to KWGD by the third party vendor and paid by KWGD to the third party vendor.

   b.  Photocopying by KWGD was charged at $.12 cents per page.

   c.  Color Photocopying by KWGD was charged at .18 cents per page.

   d.  Fax transmittals by KWGD was charged at .50 cents per page.

   e.  Telephone charges were charged at the actual rate.

  C.  <u>Relevant Legal Standards.</u>

  1.  <u>Compensation.</u>

  To grant a request for compensation pursuant to section 330 of the Bankruptcy Code, a court must find that such request is reasonable. The reasonableness of a compensation request is determined by the lodestar method:

> The Supreme Court has made it clear that the lodestar method of fee calculation is the method by which federal courts should determine reasonable attorney's fees under federal statutes that provide for such fees.

Boddy v. United States Bankruptcy Court (In re Boddy), 950 F.2d 334, 337 (6th Cir. 1991); see also In re White Motor Credit Corp., 50 B.R. 885, 890 (Bankr. N.D. Ohio 1985). The lodestar amount is calculated by multiplying the number of hours reasonably expended by the reasonable hourly rate of a professional. White Motor, 50 B.R. at 890. There is a strong presumption that the lodestar product is reasonable under section 330 of the Bankruptcy Code. See Pennsylvania v. Delaware Valley Citizens' Council for Clean Air, 478 U.S. 546, 565 (1986); In re Drexel Burnham Lambert Group, Inc., 133 B.R. 13, 22 (Bankr. S.D.N.Y. 1991).

KWGD's fees are not unusual and are commensurate with fees that other lawyers of comparable experience and expertise charge on a regular basis in chapter 11 cases. KWGD's lodestar calculation is based upon hourly rates that are will within the range of rates that are charged by comparable firms in other bankruptcy cases. Accordingly, KWGD's lodestar calculation is reasonable under section 330 of the Bankruptcy Code. See Drexel Burnham Lambert, 33 B.R. at 22.

2.    Expenses.

Sections 330(a)(2) and 503(b) of the Bankruptcy Code permit reimbursement for actual, necessary expenses. See White Motor, 50 B.R. at 891-92. As noted above, KWGD has already conducted a review process and has eliminated the Expenses deemed to be unnecessary.

Accordingly, those Expenses for which reimbursement is sought in this Application satisfy the standards presented by section 330(a)(2) of the Bankruptcy Code and the Guidelines.

D.    Case Status.

At the present time, the sale of the Debtors' assets has closed and the case is pending conversion to chapter 7 after the Debtors distributes the balance of the professional fee carve out and the remaining funds held by the Debtors to Premier Bank.

E.    Conclusion.

For all of the foregoing reasons, the Debtors believe that the fees requested in this Application are reasonable and reflect the value of the services provided to the Debtors. Moreover, KWGD has requested reimbursement only of actual and necessary expenses. In accordance with the Guidelines, David E. Butz has certified that KWGD's billing practices for the Debtors and this Application conforms to the Guidelines. Such certification is attached to this Application as Exhibit D.

WHEREFORE, Krugliak, Wilkins, Griffiths, & Dougherty, Co., LLP respectfully requests that the Court enter an order in the form attached hereto as Exhibit E (a) granting KWGD as a final allowance of compensation in the amount of $7,755.00 for services rendered to the Debtors in connection with the Debtors' chapter 11 cases during the Compensation Period; (b) approving the reimbursement of expenses incurred in the representation of the Debtors during the Compensation Period in the amount of $27.60 and (c) authorizing and directing the Debtor to pay KWGD the unpaid fees and reimbursable expenses authorized by the Court attributable to the Compensation

20-61029-maw    Doc 297    FILED 03/15/21    ENTERED 03/15/21 09:09:25    Page 5 of 55

Period in the amount of $7,782.60; and (d) granting such other and further relief as the Court may

deem proper.

Respectfully submitted,

 /s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Dr. N.W., Ste. 100B
Canton, Ohio  44718
Telephone:  (330) 305-9700
Facsimile:  (330) 305-9713
E-mail:  tony@ajdlaw7-11.com

COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION

# EXHIBIT A

02882519-2 / 14226.21-0001

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 12:35 PM December 7, 2020**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

```
--------------------------------------------------------x
In re:                                    :    Case No. 20-61029
                                          :    (Jointly Administered)
FIBERCORR MILLS, LLC                      :
                                          :
              et al.³                     :    Chapter 11
                                          :
       Debtors and                        :    Judge Russ Kendig
       Debtors-in-Possession.             :
                                          :
--------------------------------------------------------x
```

### ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY KRUGLIAK, WILKINS, GRIFFITHS, & DODUGHERTY, CO., L.P.A. AS SPECIAL <u>COUNSEL FOR THE DEBTOR</u>

This matter coming to be heard on the Application of the Debtor for Authority to Retain

and Employ Krugliak, Wilkins, Griffiths, & Dougherty, Co., L.P.A. ("KWGD") as Special

---

³  The Debtors are FiberCorr Mills, LLC (EIN xx-xxx3852) Case No. 20-61029, Cherry Springs of Massillon II, LLC (EIN xx-xxx1706) Case No. 20-61030, and Shew Industries Inc. (xx-xxx0322) Case No. 20-61031.

Counsel Bureau of Workers' Compensation and employment matters for the Debtors effective the petition date (the "Application"), filed by the debtors and debtors in possession the above-captioned chapter 11 cases (the "Debtors"); the Court having reviewed the Application and the Disclosure of Compensation and Verified Statement of David E. Butz attached to the Application as Exhibit A (the "Verified Statement"), the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of this chapter 11 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) notice of the Application was sufficient under the circumstance; and the Court having determined that the legal and factual bases set forth in the Application and the Verified Statement establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Application shall be, and hereby is, GRANTED.

2.      Capitalized terms not otherwise defined herein have the meanings given to them in the Application and the Verified Statement.

3.      The Debtor is authorized to retain and employ KWGD as special counsel to represent the Debtors for Bureau of Workers' Compensation and employment matters effective the petition date in their chapter 11 cases, pursuant to section 327(e) of the Bankruptcy Code or Bankruptcy Rule 2014, and the terms set forth in the Application.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

4.    KWGD shall be compensated for such services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules , and any other applicable orders of this Court.

# # #

PREPARED BY:

Anthony J. DeGirolamo (0059265)
3930 Fulton Dr., Ste. 100B
Canton, Ohio  44718
Telephone:  (330) 305-9700
Facsimile:  (330) 305-9713
E-mail:  ajdlaw@sbcglobal.net

COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December __, 2020, a copy of the foregoing Order was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- Edwin H. Breyfogle    edwinbreyfogle@gmail.com, breyfogleer84552@notify.bestcase.com
- Jerry M. Bryan    jbryan@hendersoncovington.com
- Anthony J. DeGirolamo    tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com
- Wade T. Doerr    wade@nwm-law.com
- Melody A. Dugic    mgazda@hendersoncovington.com
- Terri Jane Freedman    tfreedman@csglaw.com
- Patricia B. Fugee    patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net
- Richard S. Lauter    Richard.Lauter@lewisbrisbois.com
- Benoit Marc Letendre    ben@letendregroup.com, heather@letendregroup.com
- Marc Merklin    mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Scott N. Schaeffer    scott@ksrlegal.com
- Mark Schlachet    markschlachet@me.com, mecool818@aol.com
- Anne Piero Silagy    asilagylawfirm@neo.rr.com
- Meleah Skillern    Meleah.Kinlow@lewisbrisbois.com, Gail.Richards@lewisbrisbois.com
- Robert E. Soles    bsoles@soleslaw.com, cmorrow@soleslaw.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- United States Trustee    (Registered address)@usdoj.gov
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Chrysanthe E. Vassiles    cvassiles@bmsa.com, wpoling@ecf.courtdrive.com;cvassiles@ecf.courtdrive.com
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov
- Kate M. Bradley ust44    kate.m.bradley@usdoj.gov

_____

Deputy Clerk

The undersigned hereby certifies that a copy of the foregoing Order was served via regular U.S. Mail, postage prepaid, upon those listed below, this __ day of December, 2020.

_____
Deputy Clerk

Ally Bank
P.O. Box 130424
Roseville, Minnesota 55113-0004

Central Funding LLC
1400 Preston Road Suite 115
Plano, Texas 75093-5159

Hanmi Bank
3660 Wilshire Boulevard, Suite PH-A
Los Angeles, California 90010-2719

Chrysler Capital
P.O. Box 660647
Dallas, Texas 75266-0647

Citizens Bank NA
1 Citizens Bank Way #JCA115
Johnston, Rhode Island 02919-1922

Equipment Finance Corp.
219 Roswell Street
Alpharetta, Georgia 30009-7930

# EXHIBIT B

02882519-2 / 14226.21-0001



**KRUGLIAK
WILKINS
GRIFFITHS &
DOUGHERTY
CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/24/2021 |
| Page No. | 1 |
| Source | DEB/EDM |
| Invoice No. | 392788 |
| Period Ending | 02/23/2021 |

Matter Info:   14226.21-0001
SPECIAL COUNSEL FOR DEBTOR APPOINTMENT

**FOR PROFESSIONAL SERVICES RENDERED:**

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/20 | DEB | Review of application. | 1.00 | 295.00 |
| 07/13/20 | MHP | Review of application for appointment of special counsel including schedules for Creditors including 20 largest for conflict check. | 0.80 | 100.00 |
| 07/15/20 | MHP | Review of conflict check and information from accounting. | 0.40 | 50.00 |
| 07/23/20 | MHP | Review of creditors list and dictated list of clients. | 0.80 | 100.00 |
| 07/29/20 | DEB | Continued review of application. | 0.30 | 88.50 |
| 07/30/20 | MHP | Review of draft letter re budget on workers comp matters and email to Attorney Murray re same. | 0.40 | 50.00 |
| 08/12/20 | DEB | Phone conference with BK counsel re: discussion of conflicts. | 0.30 | 88.50 |
| 08/14/20 | DEB | Final review of application. | 0.20 | 59.00 |
| 08/14/20 | MHP | Conference with Attorney Murray re budget for workers comp matters and finalized letter and emailed same to debtors counsel. | 0.40 | 50.00 |
| 08/25/20 | MHP | Review of debtor counsel response to our fee application and analysis of firms invoices re debtor name and amounts of claims, including conference with Attorney Butz re analysis. | 0.80 | 100.00 |
| 09/10/20 | SOS | Email from Paralegal Helmick re: FiberCorr analysis. | 0.10 | 28.50 |

# KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.
## ATTORNEYS AT LAW

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/20 | SOS | Attention to analysis and message to Attorney Murray re: same. | 0.50 | 142.50 |
| 10/02/20 | SOS | Conference with Attorney Murray re: preference action, waiver of claim, and related issues. | 0.20 | 57.00 |
| 11/16/20 | MHP | Email from Amber re revised application for appointment of counsel. | 0.20 | 25.00 |
| 12/28/20 | MHP | Review of docket re filing of Order and emailed group to advise of appointment. | 0.80 | 104.00 |
| 01/13/21 | RMW | Prepared annual meeting letter to David Shew. | 0.30 | 42.00 |
| 01/31/21 | MHP | Attention to generating invoices and preparing for sending to group. | 0.50 | 65.00 |
| 02/04/21 | MHP | Prepared email and forwarded invoices to group. | 0.20 | 26.00 |
| 02/05/21 | MHP | Email from debtors counsel re fee application. | 0.10 | 13.00 |
| 02/10/21 | MHP | Email from debtors counsel with fee application format and intital review of same. | 0.50 | 65.00 |
| 02/19/21 | MHP | Call to Amber re filing of fee applications and motion to convert | 0.20 | 26.00 |
| 02/22/21 | DEB | Reviewed fee application and related schedules. | 1.00 | 300.00 |
| 02/22/21 | MHP | Revisions to fee application and preparation of schedules/exhibits re same. | 1.20 | 156.00 |

**Total Professional Charges**                    **2,031.00**

Total Fees              $2,031.00

Total Expenses Advanced         $0.00

**Invoice Total**           **$2,031.00**

| Matter Info: | 14226.21-0001 | DATE | 02/24/2021 |
| | SPECIAL COUNSEL FOR DEBTOR APPOINTMENT | PAGE NO. | 3 |
| | | INVOICE NO. | 392788 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

### CONFIDENTIAL AND PRIVILEGED
### ATTORNEY WORK PRODUCT
This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.



**KRUGLIAK**
**WILKINS**
**GRIFFITHS &**
**DOUGHERTY**
**CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/24/2021 |
| Source | DEB/EDM |
| Invoice No. | 392788 |
| Period Ending | 02/23/2021 |
| Matter No. | 14226.21-0001 |

## Remittance Page

| | |
|---|---|
| Total Fees | $2,031.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$2,031.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.





**KRUGLIAK**
**WILKINS**
**GRIFFITHS &**
**DOUGHERTY**
**CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Page No. | 1 |
| Source | DEB/EDM |
| Invoice No. | 391576 |
| Period Ending | 01/05/2021 |

Matter Info: 14226.21-0000

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/20 | EDM | Received telephone call from Scott Sanders at Fiber Corr re: possible inspection by Massillon Health Department and follow-up conference with Attorney Zurakowski re: possible origins of request; Follow-up telephone conference with Scott Sanders re: same. | 0.10 | 29.00 |
| 11/26/20 | EDM | Reviewed file materials re: Kosanovich workers' compensation appeal to court; Memorandum to Paralegal McCaslin re: plan of action re: same. | 0.20 | 58.00 |

| | | |
|---|---|---|
| **Total Professional Charges** | | **87.00** |
| Total Fees | | $87.00 |
| Total Expenses Advanced | | $0.00 |
| **Invoice Total** | | **$87.00** |

Matter Info:  14226.21-0000
            *

DATE            01/28/2021
PAGE NO.              2
INVOICE NO.      391576

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

### CONFIDENTIAL AND PRIVILEGED
### ATTORNEY WORK PRODUCT

This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Source | DEB/EDM |
| Invoice No. | 391576 |
| Period Ending | 01/05/2021 |
| Matter No. | 14226.21-0000 |

### Remittance Page

| | |
|---|---|
| Total Fees | $87.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$87.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



**KRUGLIAK**
**WILKINS**
**GRIFFITHS &**
**DOUGHERTY**
**CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/23/2021 |
| Page No. | 1 |
| Source | DEB/MJB |
| Invoice No. | 392729 |
| Period Ending | 01/31/2021 |

Matter Info:  14226.15-0001
GENERAL EMPLOYMENT MATTERS

**FOR PROFESSIONAL SERVICES RENDERED:**

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/21 | MJB | Legal services rendered re: preparation of termination notice and all drafting, research, revisions, client communication and legal work incidental thereto. | 0.80 | 240.00 |

| | |
|---|---|
| **Total Professional Charges** | **240.00** |
| Total Fees | $240.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$240.00** |

| Matter Info: | 14226.15-0001 | DATE | 02/23/2021 |
|---|---|---|---|
| | GENERAL EMPLOYMENT MATTERS | PAGE NO. | 2 |
| | | INVOICE NO. | 392729 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY WORK PRODUCT**
This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/23/2021 |
| Source | DEB/MJB |
| Invoice No. | 392729 |
| Period Ending | 01/31/2021 |
| Matter No. | 14226.15-0001 |

## Remittance Page

| | |
|---|---|
| Total Fees | $240.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$240.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

REMITTANCE



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Page No. | 1 |
| Source | DEB/EDM |
| Invoice No. | 391580 |
| Period Ending | 12/31/2020 |

Matter Info:   14226.21-0002
KEBBEH, HAGI 17-144007

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/20 | EDM | Attention to Fiber Corr workers compensation matter for Kebbeh and attention to VSSR issues. | 0.20 | 58.00 |
| 07/27/20 | EDM | Further follow-up re: Kebbeh workers' compensation matter; Reviewed VSSR exposure re: FiberCorr Mills VSSR matter. | 0.40 | 116.00 |
| 08/14/20 | EDM | Reviewed file materials re: status of VSSR re: Kebbeh workers' compensation matter and reviewed status of intentional tort re: same. | 0.20 | 58.00 |
| 09/17/20 | EDM | Exchanged emails with client at FiberCorr re: Hagi Kebbeh workers' compensation matter and reviewed upcoming hearing re: same. | 0.10 | 29.00 |

|  |  |
|---|---|
| **Total Professional Charges** | **261.00** |
| Total Fees | $261.00 |
| Total Expenses Advanced | $0.00 |
| Invoice Total | $261.00 |

| Matter Info: | 14226.21-0002 | DATE | 01/28/2021 |
|---|---|---|---|
| | KEBBEH, HAGI 17-144007 | PAGE NO. | 2 |
| | | INVOICE NO. | 391580 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

### CONFIDENTIAL AND PRIVILEGED
### ATTORNEY WORK PRODUCT
This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.



**KRUGLIAK
WILKINS
GRIFFITHS &
DOUGHERTY
CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Source | DEB/EDM |
| Invoice No. | 391580 |
| Period Ending | 12/31/2020 |
| Matter No. | 14226.21-0002 |

## Remittance Page

| | |
|---|---|
| Total Fees | $261.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$261.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.





**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Page No. | 1 |
| Source | DEB/EDM |
| Invoice No. | 391581 |
| Period Ending | 12/31/2020 |

Matter Info:    14226.21-0003
LAMP, RONALD 18-215115 VSSR

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/20 | EDM | Letter to client re: VSSR demand re: Lamp, evaluated demand re: same and memorandum to Attorney Fike re: exposure letter re: same. | 0.20 | 58.00 |
| 06/16/20 | EDM | Telephone conference with attorney for Ronald Lamp re: VSSR and possible resolution re: same. | 0.20 | 58.00 |
| 06/17/20 | EDM | Attention to Lamp VSSR and finalized and sent correspondence to employer of record re: possible resolution re: same. | 0.20 | 58.00 |
| 06/19/20 | EDM | Received further inquiry from attorney for James Lamp re: VSSR matter. | 0.10 | 29.00 |
| 06/19/20 | EDM | Follow-up email to client re: same and exchanged emails with client re: VSSR matters and possible settlement. | 0.10 | 29.00 |
| 06/22/20 | LAF | (Lamp) Review memo from Attorney Murray, review claim file, and revise the draft VSSR exposure/settlement letter to client. | 0.40 | 84.00 |
| 06/23/20 | EDM | Received further inquiry re: Ronald Lamp VSSR and exchanged emails with attorney for Ronald Lamp re: same. | 0.20 | 58.00 |
| 06/25/20 | EDM | Telephone conference with Industrial Commission regional manager re: status of Lamp workers' compensation VSSR matter and bankruptcy stay re: same. | 0.10 | 29.00 |

Matter Info:  14226.21-0003
LAMP, RONALD 18-215115 VSSR

DATE       01/28/2021
PAGE NO.        2
INVOICE NO.     391581

| Date | Inits | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/27/20 | EDM | Received and reviewed correspondence re: Lamp VSSR, including attention to issues re: upcoming prehearing conference re: same. | 0.10 | 29.00 |
| 06/29/20 | TJM | Attention to VSSR settlement correspondence, including review and preparation of documents for settlement file regarding Ronald Lamp. | 0.20 | 20.00 |
| 07/01/20 | TJM | Preparation of calendaring Industrial Commission pre-hearing conference for Attorney Murray's review regarding Ronald Lamp. | 0.20 | 20.00 |
| 07/01/20 | TJM | Conference with Attorney Murray re: attention to VSSR settlement correspondence. | 0.10 | 10.00 |
| 07/01/20 | TJM | Review and preparation of documents for settlement file regarding Ronald Lamp. | 0.10 | 10.00 |
| 07/22/20 | EDM | Reviewed file materials re: Lampe VSSR and prepared for upcoming pre-hearing conference re: same. | 0.30 | 87.00 |
| 07/23/20 | EDM | Reviewed file materials re: Lamp VSSR. | 0.20 | 58.00 |
| 07/23/20 | EDM | Prepared for and attended prehearing conference with Industrial Commission re: same and note to file re: outcome of prehearing conference. | 0.80 | 232.00 |
| 07/23/20 | TJM | Conference with Attorney Murra re: preparation of letter to Pat Gannon, IC Regional Manager, re in-person merit hearing for filing with the Industrial Commission. | 0.10 | 10.00 |
| 07/23/20 | TJM | Upload letter to Pat Gannon, IC Regional Manager, re in-person merit hearing to the Industrial Commission for filing via facsimile and electronic communications, receipt, review and preparation confirmation receipt from the Industrial Commission to electronic file. | 0.50 | 50.00 |
| 07/23/20 | TJM | Attention to VSSR file regarding Ronald Lamp. | 0.10 | 10.00 |
| 09/27/20 | EDM | Letter to client re: Lamp VSSR; Memorandum re: plan of action re: same. | 0.30 | 87.00 |
| 09/29/20 | EDM | Finalized and sent correspondence re: Lamp VSSR; Note to file re: same. | 0.20 | 58.00 |

| Matter Info: | 14226.21-0003 | | DATE | 01/28/2021 |
| | LAMP, RONALD 18-215115 VSSR | | PAGE NO. | 3 |
| | | | INVOICE NO. | 391581 |

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 09/30/20 | LAF | Conference with Attorney Murray re legal research needed on VSSR issue for upcoming hearing. | 0.10 | 21.00 |
| 09/30/20 | EDM | Conferred with Attorney Fike re: James Lamp VSSR issues and preparation for upcoming hearing. | 0.20 | 58.00 |
| 10/01/20 | LAF | Research the OAC on the statute of limitations on VSSR amendments and legal research on amending a VSSR application. | 1.40 | 294.00 |
| 10/01/20 | LAF | Conference with Attorney Soehnlen re additional legal research on errors in VSSR citations to be completed. | 0.20 | 42.00 |
| 10/01/20 | ZMS | Conferred with Atty Fike re: VSSR research and researched Ohio case law re: whether the citation of one inapplicable VSSR provision related to an applicable VSSR provision is sufficient to give notice to the employer and allow the claimant to pursue an award under the new provision. | 2.00 | 380.00 |
| 10/01/20 | ZMS | Conferred with Atty Fike re: VSSR research. | 0.40 | 76.00 |
| 10/02/20 | ZMS | Continued research on uncited VSSR sections being used to give a VSSR award. Drafted brief summary of case law. | 1.20 | 228.00 |
| 10/02/20 | TJM | Conference with Attorney Murray re: preparation of notice of VSSR merit hearing. | 0.10 | 10.00 |
| 10/02/20 | TJM | Preparation of letter to Pete Dell enclosing notice of VSSR merit hearing for his review. | 0.20 | 20.00 |
| 10/02/20 | TJM | Fforward letter and documents to Attorney Murray for review and attention to file regarding Ronald Lamp. | 0.20 | 20.00 |
| 10/03/20 | EDM | Attention to Lamp workers' compensation matter and reviewed VSSR matter. | 0.20 | 58.00 |
| 10/04/20 | EDM | Attention to Lamp workers' compensation matter and finalized and sent letter to Pete Dell re: VSSR services re: same. | 0.20 | 58.00 |
| 10/05/20 | EDM | Reviewed file materials re: Lamp VSSR and followed up with Pete Dell re: possible attendance at hearing. | 0.20 | 58.00 |

| | | | | |
|---|---|---|---|---|
| Matter Info: | 14226.21-0003 | | DATE | 01/28/2021 |
| | LAMP, RONALD 18-215115 VSSR | | PAGE NO. | 4 |
| | | | INVOICE NO. | 391581 |

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/20 | EDM | Attention to Lamp VSSR matter, including memorandum to Paralegal McCaslin re: preparation for upcoming VSSR hearing re: same. | 0.20 | 58.00 |
| 10/21/20 | EDM | Attention to Lamp VSSR matter and followed up with special safety violations investigation unit re: same. | 0.30 | 87.00 |
| 10/30/20 | EDM | Reviewed Ohio Administrative Code re: Lamp defense to VSSR;, reviewed issues re: suspension re: same and followed up re: correspondence re: same. | 0.40 | 116.00 |
| 10/30/20 | TJM | Preparation of calendaring/docketing Industrial Commission hearing for Attorney Murray's review regarding Ronald Lamp. | 0.20 | 20.00 |
| 11/03/20 | EDM | Further attention to Lamp VSSR matter; Reviewed Ohio Administrative Code re: same; Followed up with opposing counsel re: continuance of hearing; Follow-up with letter to Industrial Commission re: same; Conferred with Paralegal Helmick re: appointment as counsel. | 0.30 | 87.00 |
| 11/04/20 | EDM | Attention to Lamp VSSR matter and followed up re: suspension of processing re: same. | 0.30 | 87.00 |
| 11/06/20 | EDM | Received and reviewed research re: VSSR amendment re: Ronald Lamp workers compensation matter and VSSR matter. | 0.20 | 58.00 |
| 11/07/20 | EDM | Reviewed file materials re: Lamp VSSR matter; Reviewed issues re: same. | 0.20 | 58.00 |
| 11/09/20 | EDM | Reviewed research re: VSSR amendments re: Ron Lamp and possible validity of defense re: same. | 0.20 | 58.00 |
| 11/10/20 | EDM | Conferred with Attorney Soehnlen re: Lamp workers' compensation matter; Note to file re: same. | 0.20 | 58.00 |
| 11/12/20 | ZMS | Researched Ohio case law re: a claimant's ability to amend a VSSR application after the statute of limitations has run. Drafted summary of research findings. | 1.00 | 190.00 |

| Matter Info: | 14226.21-0003 | DATE | 01/28/2021 |
| | LAMP, RONALD 18-215115 VSSR | PAGE NO. | 5 |
| | | INVOICE NO. | 391581 |

| Date | Inits | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/13/20 | ZMS | Continued researching Ohio case law re: a claimant's ability to amend a VSSR application after the statute of limitations has run. Continued drafting summary of research findings. | 2.50 | 475.00 |
| 11/15/20 | EDM | Reviewed file materials re: VSSR matter for Ronald Lamp; Attention to issues re: continuance of hearing and need to update for bankruptcy trustee. | 0.30 | 87.00 |

|  | **Total Professional Charges** | | | **3,846.00** |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 06/17/20 | Copies | 0.24 |
| 06/19/20 | Copies | 1.32 |
| 07/23/20 | Color copies | 0.72 |
| 07/23/20 | Telephone charges | 0.63 |
| 07/23/20 | Copies | 1.20 |
| 07/24/20 | Fax transmittal | 3.25 |
| 09/29/20 | Copies | 0.60 |
| 09/30/20 | Color copies | 0.90 |
| 09/30/20 | Copies | 0.60 |
| 10/02/20 | Color copies | 0.36 |
| 10/02/20 | Copies | 0.48 |
| 10/05/20 | Copies | 0.12 |
| 10/06/20 | Copies | 0.24 |
| 11/03/20 | Copies | 0.48 |
| 11/04/20 | Color copies | 0.36 |
| 11/04/20 | Copies | 0.36 |
| 11/05/20 | Fax transmittal | 2.75 |

# KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.
## ATTORNEYS AT LAW

Matter Info:  14226.21-0003          DATE         01/28/2021
              LAMP, RONALD 18-215115 VSSR      PAGE NO.         6
                                     INVOICE NO.      391581

| Date | Description | Amount |
|------|-------------|--------|
|      | **Total Disbursements** | 14.61 |

|  | Total Fees | $3,846.00 |
|--|-----------|-----------|
|  | Total Expenses Advanced | $14.61 |
|  | **Invoice Total** | **$3,860.61** |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

### CONFIDENTIAL AND PRIVILEGED
### ATTORNEY WORK PRODUCT

This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.

Summary of Expenses - Invoice 391581

Copies 47 @ .12 = $5.64
Color copies 13 @ .18 =$2.34
Fax Transmittals 12 pages @ .50 = $6.00
Telephone charges .63 cents

Total   $14.61



**KRUGLIAK**
**WILKINS**
**GRIFFITHS &**
**DOUGHERTY**
**CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Source | DEB/EDM |
| Invoice No. | 391581 |
| Period Ending | 12/31/2020 |
| Matter No. | 14226.21-0003 |

## Remittance Page

| | |
|---|---|
| Total Fees | $3,846.00 |
| Total Expenses Advanced | $14.61 |
| **Invoice Total** | **$3,860.61** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

| | |
|---|---|
| Fibercorr Mills, LLC | **Date** 02/23/2021 |
| Attn: Accounts Payable | **Page No.** 1 |
| 670 17th St. NW | **Source** DEB/EDM |
| Massillon, OH 44646 | **Invoice No.** 392732 |
| | **Period Ending** 02/23/2021 |

Matter Info: 14226.21-0003
LAMP, RONALD 18-215115 VSSR

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 12/28/20 | EDM | Conferred with Paralegal Helmick re: FiberCorr/Lamp VSSR matter. | 0.10 | 30.00 |
| 12/29/20 | EDM | Letter to Industrial Commission re: Lamp VSSR matter. | 0.10 | 30.00 |
| 12/29/20 | EDM | Attention to issues re: prehearing conference re: Lamp VSSR matter. | 0.10 | 30.00 |
| 12/30/20 | EDM | Reviewed file materials re: Lamp VSSR matter. | 0.20 | 60.00 |
| 12/30/20 | EDM | Followed up with Industrial Commission re: rescheduling of prehearing conference. | 0.10 | 30.00 |
| 01/09/21 | EDM | Attention to VSSR materials re: Lamp. | 0.10 | 30.00 |
| 01/09/21 | EDM | Reviewed file materials re: Memorandum to Attorney Fike re: exposure analysis re: for VSSR. | 0.10 | 30.00 |
| 01/13/21 | LAF | (Lamp) Conference with Attorney Murray re VSSR code citations and defense strategy re same. | 0.10 | 22.50 |
| 01/13/21 | EDM | Conferred with Attorney Fike re: Ron Lamp workers' compensation matter. | 0.10 | 30.00 |
| 01/13/21 | EDM | Reviewed evaluation re: Ron Lamp workers' compensation matter. | 0.10 | 30.00 |
| 02/17/21 | EDM | Continued preparation for upcoming prehearing conference re: FiberCorr/Lamp matter. | 0.40 | 120.00 |

# KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.
ATTORNEYS AT LAW

Matter Info: 14226.21-0003
LAMP, RONALD 18-215115 VSSR

DATE 02/23/2021
PAGE NO. 2
INVOICE NO. 392732

| Date | Inits | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/17/21 | EDM | Conference call with BWC Law Department and Attorney Jill Whitworth re: conversion issues re: same. | 0.20 | 60.00 |
| 02/17/21 | EDM | Continued preparation for and attendance in conference call. | 0.20 | 60.00 |
| 02/17/21 | EDM | Discussed claim status with Regional Manager Pat Gannon, Attorney Whitworth, and Leitzke. | 0.40 | 120.00 |
| 02/18/21 | EDM | Drafted report letter to client re: outcome of prehearing conference for VSSR re: Ronald Lamp and note to file re: same. | 0.20 | 60.00 |
| | | **Total Professional Charges** | | **742.50** |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/20 | Copies 1 @ .12 per copy | 0.12 |
| 12/30/20 | Copies 31 @ .12 per copy | 3.72 |
| 01/04/21 | Fax transmittal 7.50 pages at .50 a page | 3.75 |
| 01/04/21 | Copies 3 @ .12 per copy | 0.36 |
| 02/03/21 | Copies 42 @ .12 per copy | 5.04 |
| | **Total Disbursements** | **12.99** |

| | |
|---|---|
| Total Fees | $742.50 |
| Total Expenses Advanced | $12.99 |
| **Invoice Total** | **$755.49** |
| Previous Balance | $3,860.61 |
| **Total Balance Due** | **$4,616.10** |

| Matter Info: | 14226.21-0003 | DATE | 02/23/2021 |
|---|---|---|---|
| | LAMP, RONALD 18-215115 VSSR | PAGE NO. | 3 |
| | | INVOICE NO. | 392732 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY WORK PRODUCT**

This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.

**OUTSTANDING STATEMENTS**

| Date | Invoice No | Balance |
|---|---|---|
| 01/29/21 | 390581 | 3,860.61 |



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/23/2021 |
| Source | DEB/EDM |
| Invoice No. | 392732 |
| Period Ending | 02/23/2021 |
| Matter No. | 14226.21-0003 |

## Remittance Page

| | |
|---|---|
| Total Fees | $742.50 |
| Total Expenses Advanced | $12.99 |
| **Invoice Total** | **$755.49** |
| Previous Balance | $3,860.61 |
| Total Balance Due | **$4,616.10** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

| | |
|---|---|
| Fibercorr Mills, LLC | |
| Attn: Accounts Payable | |
| 670 17th St. NW | |
| Massillon, OH 44646 | |

| | |
|---|---|
| Date | 01/28/2021 |
| Page No. | 1 |
| Source | DEB/EDM |
| Invoice No. | 391582 |
| Period Ending | 12/31/2020 |

Matter Info:   14226.21-0004
KOSANOVICH, NICHOLAS 17-156729

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/20 | LAF | Review email from client and attched unemployment documentation. | 0.10 | 21.00 |
| 09/17/20 | LAF | Confernece with Attorney Murray re status unemployment claim and next steps. | 0.10 | 21.00 |
| 09/17/20 | EDM | Reviewed unemployment issue re: FiberCor. | 0.10 | 29.00 |
| 09/17/20 | EDM | Received and reviewed documents re: same and brief conference with Attorney Fike re: same. | 0.10 | 29.00 |
| 09/18/20 | EDM | Reviewed file materials re: unemployment matters and followed up with Scott Sanders re: recommendation re: same. | 0.20 | 58.00 |
| 12/08/20 | EDM | Conferred with Paralegal McCaslin re: most recent pleadings and case management order re: Kosanovich workers' compensation matter. | 0.10 | 30.00 |

| | | |
|---|---|---|
| **Total Professional Charges** | | **188.00** |
| | Total Fees | $188.00 |
| | Total Expenses Advanced | $0.00 |
| | **Invoice Total** | **$188.00** |

| Matter Info: | 14226.21-0004 | DATE | 01/28/2021 |
| | KOSANOVICH, NICHOLAS 17-156729 | PAGE NO. | 2 |
| | | INVOICE NO. | 391582 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY WORK PRODUCT**
This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 01/28/2021 |
| Source | DEB/EDM |
| Invoice No. | 391582 |
| Period Ending | 12/31/2020 |
| Matter No. | 14226.21-0004 |

## Remittance Page

| | |
|---|---|
| Total Fees | $188.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$188.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.





**KRUGLIAK
WILKINS
GRIFFITHS &
DOUGHERTY
CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/23/2021 |
| Page No. | 1 |
| Source | DEB/EDM |
| Invoice No. | 392731 |
| Period Ending | 02/23/2021 |

Matter Info:   14226.21-0004
KOSANOVICH, NICHOLAS 17-156729

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/21 | EDM | Received and reviewed case management order re: Kosanovich workers' compensation matter. | 0.10 | 30.00 |
| 01/06/21 | EDM | Conferred with Paralegal McCaslin re: Kosanovich workers' compensation. | 0.10 | 30.00 |
| 01/14/21 | MED | Reviewed scheduling correspondence from court. | 0.10 | 21.50 |
| 01/14/21 | MEM | Received/reviewed Case Management Order from the Court. | 0.30 | 42.00 |
| 01/14/21 | MEM | Calendared all pertinent dates per Case Management Order. | 0.40 | 56.00 |
| 01/16/21 | EDM | Reviewed case management order re: Kosanovich workers' compensation litigation and memorandum to Attorney Fike and Paralegal McCaslin re: same. | 0.10 | 30.00 |
| 01/16/21 | EDM | Reviewed plan of action and dates approaching in spring of 2020 re: litigation of case. | 0.10 | 30.00 |
| 01/23/21 | EDM | Reviewed case management order re: dates for trial re: Kosanovich; Note to Paralegal McCaslin re: plan of action re: same. | 0.10 | 30.00 |
| 01/25/21 | EDM | Telephone conference with opposing counsel re: status of Nick Kosanovich litigation. | 0.20 | 60.00 |
| 01/26/21 | EDM | Conferred with Paralegal McCaslin re: status of discovery and expert disclosure re: Nick Kosanovich workers' compensation litigation. | 0.10 | 30.00 |

| Matter Info: | 14226.21-0004 | DATE | 02/23/2021 |
|---|---|---|---|
| | KOSANOVICH, NICHOLAS 17-156729 | PAGE NO. | 2 |
| | | INVOICE NO. | 392731 |

| | | |
|---|---|---|
| **Total Professional Charges** | | **359.50** |
| | Total Fees | $359.50 |
| | Total Expenses Advanced | $0.00 |
| | **Invoice Total** | **$359.50** |
| | Previous Balance | $188.00 |
| | **Total Balance Due** | **$547.50** |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

### CONFIDENTIAL AND PRIVILEGED
### ATTORNEY WORK PRODUCT

This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.

### OUTSTANDING STATEMENTS

| Date | Invoice No | Balance |
|---|---|---|
| 01/29/21 | 391582 | 188.00 |



**KRUGLIAK**
**WILKINS**
**GRIFFITHS &**
**DOUGHERTY**
**CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Fibercorr Mills, LLC
Attn: Accounts Payable
670 17th St. NW
Massillon, OH 44646

| | |
|---|---|
| Date | 02/23/2021 |
| Source | DEB/EDM |
| Invoice No. | 392731 |
| Period Ending | 02/23/2021 |
| Matter No. | 14226.21-0004 |

## Remittance Page

| | |
|---|---|
| Total Fees | $359.50 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$359.50** |
| Previous Balance | $188.00 |
| Total Balance Due | **$547.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

REMITTANCE

## Summary and Invoices

| Category | Time | Fees | Average Hourly Rate | Expenses |
|---|---|---|---|---|
| General Matters | 11.20 | $2,031.00 | $181.34 | $0.00 |
| Employment Matters | 24.40 | $5,724.00 | $234.59 | $27.60 |
| | | | | |
| TOTALS | 35.60 | $7,755.00 | $217.84 | $27.60 |

| Initials | Name | Title | Hours | Rate -2020 | Rate - 2021 |
|----------|------|-------|-------|------------|-------------|
| DEB | David E. Butz | Partner | 2.8 | $295.00 | $300.00 |
| EDM | Edward D. Murray | Partner | 11.3 | $290.00 | $300.00 |
| SOS | Sam O. Simmerman | Partner | .80 | $285.00 | N/A |
| MJB | Michael J. Bogdan | Partner | .80 | N/A | $300.00 |
| LAF | Lisa A Fike | Associate | 2.4 | $210.00 | $225.00 |
| ZMS | Zachary M. Soehnlen | Associate | 7.1 | $190.00 | N/A |
| MED | Mathew E. Doney | Associate | .1 | N/A | $215.00 |
| MEM | Meg A. McClasin | Paralegal | .7 | $135.00 | $140.00 |
| RMW | Rebecca M. Weber | Paralegal | .3 | N/A | $140.00 |
| TJM | Tammy J. McCort | Paralegal | 2.0 | $100.00 | $100.00 |
| MHP | Mary H. Papadopoulos | Paralegal | 7.3 | $125.00 | $125.00 |
|  |  |  |  |  |  |

02882519-2 / 14226.21-0001

# EXHIBIT C

02882519-2 / 14226.21-0001

# Summary of Expenses

(Invoice 391581)

Copies 47 @ .12 = $5.64
Color copies 13 @ .18 =$2.34
Fax Transmittals 12 pages @ .50 = $6.00
Telephone charges .63 cents

Total    $14.61


(Invoice 392732)

Copies 77 @ .12 = $9.24
Fax 7.5 pages @ .50 = 3.75

Total    $12.99

**TOTAL EXPENSES    $27.60**

# EXHIBIT D

02882519-2 / 14226.21-0001

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, CANTON

```
-----------------------------------------------------------x
In re:                                  :    Case No. 20-61029
                                        :    (Jointly Administered)
FIBERCORR MILLS, LLC                    :
                                        :
                    et al.¹             :    Chapter 11
                                        :
            Debtors and                 :    Judge Russ Kendig
            Debtors-in-Possession.      :
                                        :
-----------------------------------------------------------x
```

### CERTIFICATION OF DAVID E. BUTZ

I, David E. Butz HEREBY CERTIFY THAT:

1.      I am a director/shareholder with Krugliak, Wilkins, Griffiths, & Dougherty, Co. L.P.A. with a place of business located at 4775 Munson St., N.W. Canton, Ohio 44718.  I make this certification in accordance with Federal Rule of Bankruptcy Procedure 2016 and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses, issued by the Executive Office for United States Trustees on January 30, 1996 (the "Guidelines").

2.      I have read the Application of Krugliak, Wilkins, Griffiths, & Dougherty, Co. L.P.A. for an Interim Allowance of Compensation and Reimbursement of Expenses for the Period June 17, 2020, through February 23, 2021, and Final Allowance of Compensation and Reimbursement of Expenses (the "Application"); that to the best of my knowledge, information,

---

¹    The Debtors are FiberCorr Mills, LLC (EIN xx-xxx3852) Case No. 20-61029, Cherry Springs of Massillon II, LLC (EIN xx-xxx1706) Case No. 20-61030, and Shew Industries Inc. (xx-xxx0322) Case No. 20-61031.

and belief, and after reasonable inquiry, the compensation and reimbursement sought in the Application conforms with the Guidelines, except as otherwise specifically noted in the Application; and that the compensation and reimbursement of expenses requested in the Application are at the rates and in accordance with practices that are no less favorable to the debtors in the above-captioned case than those customarily employed by me except as otherwise noted in the Application.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated February 24, 2021

Sworn and Subscribed before me by _____David E. Butz_____ this 24 day of February 2021.

_____
Notary Public

MARY HELMICK PAPADOPOULOS
Notary Public, State of Ohio
My Commission Expires 09-12-2021

# EXHIBIT E

02882519-2 / 14226.21-0001

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION, CANTON**

```
-----------------------------------------------------x
In re:                                    :    Case No. 20-61029
                                          :    (Jointly Administered)
FIBERCORR MILLS, LLC                      :
                                          :
              et al.¹                     :    Chapter 11
                                          :
       Debtors and                        :    Judge Russ Kendig
       Debtors-in-Possession.             :
                                          :
-----------------------------------------------------x
```

**ORDER APPROVING FIRST AND FINAL APPLICATION OF KRUGLIAK, WILKINS,**
**GRIFFITHS, & DOUGHERTY, CO., LLP FOR AN ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF**
<u>**EXPENSES INCURRED**</u>

  This matter having come before the Court upon the Application of Krugliak, Wilkins,

Griffiths, & Dougherty, Co., LLP ("KWGD") for an Allowance of Compensation for Services

Rendered Docket No. _____ (the "KWGD Application").

---

¹ The Debtors are FiberCorr Mills, LLC (EIN xx-xxx3852) Case No. 20-61029, Cherry Springs of Massillon II, LLC (EIN xx-xxx1706) Case No. 20-61030, and Shew Industries Inc. (xx-xxx0322) Case No. 20-61031.

The Court having reviewed the KWGD Application, and taking notice that no objection to the KWGD Application has been filed; and the Court finding that:

1. The Court had jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2)(B). Venue of the Debtors' chapter 11 case and the KWGD Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and Local Bankruptcy Rules.

2. KWGD is a duly appointed professional in the above-captioned debtors' ("Debtors") chapter 11 case.

3. Service and notice of hearing of the KWGD Application was adequate under this Court's orders, the Bankruptcy Code, and all applicable Bankruptcy Rules.

4. The fees requested in the KWGD Application in the amount of $7,755.00 and expenses incurred in the amount of $27.60 are reasonable and are allowed as actual, necessary services rendered by KWGD pursuant to this Court's orders and sections 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330.

5. The fees and expenses requested to be allowed as final in the amounts of $7,782.60 are reasonable and are allowable as actual, necessary services rendered by KWGD pursuant to the Court's orders and section 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330.

**IT IS HEREBY ORDERED THAT:**

A. The fees and expenses requested in the KWGD Application are hereby allowed in the amount of $7,782.60.

2

B.       The Debtors shall be, and hereby are, authorized and directed to pay KWGD the amount of $7,782.60.

C.       The fees and expenses requested to be allowed as final in the amounts of $7,782.60 are reasonable and are allowable as actual, necessary services rendered by KWGD pursuant to the Court's orders and section 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330.

###

PREPARED BY:

Anthony J. DeGirolamo (0059265)
3930 Fulton Dr. N.W., Ste. 100B
Canton, Ohio  44718
Telephone:  (330) 305-9700
Facsimile:  (330) 305-9713
E-mail:  tony@ajdlaw7-11.com

COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION