**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-61029 | RK | Judge: | Russ Kendig | Trustee Name: | Lisa M. Barbacci |
| Case Name: | Fibercorr Mills LLC | | | | Date Filed (f) or Converted (c): | 06/10/2021 (c) |
| | | | | | 341(a) Meeting Date: | 07/29/2021 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 01/07/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account Balance at conversion | 0.00 | 3,845.06 | | 3,845.06 | FA |
| 2. Home Savings Checking 7117 | 46,017.10 | 0.00 | | 0.00 | FA |
| 3. Cortland Bank Checking 2370 | 1,567.93 | 0.00 | | 0.00 | FA |
| 4. Cortland Bank Checking 3199 | 578.24 | 0.00 | | 0.00 | FA |
| 5. Prepaid Dryer Felt | 100,000.00 | 0.00 | | 0.00 | FA |
| 6. Accounts Receivable | 1,192,127.98 | 0.00 | | 0.00 | FA |
| 7. Raw Materials | 15,000.00 | 0.00 | | 0.00 | FA |
| 8. Finished Goods | 6,000.00 | 0.00 | | 0.00 | FA |
| 9. Lot of Office Furniture & Equipment--More fully described at Line No. 86 on Appraisal attached hereto. Scheduled at Appraised Value. | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles and Trailers--More fully described at Line Nos. 73-78 and 80 on Appraisal attached hereto. Scheduled at appraised value. | 19,000.00 | 0.00 | | 0.00 | FA |
| 11. 2018 Ram 1500 More fully described on Line No. 79 of the Appraisal attached hereto. Scheduled at Appraised Value. | 18,000.00 | 0.00 | | 0.00 | FA |
| 12. Machinery & Equipment--More fully described on Appraisal attached hereto. Scheduled at appraised value. | 2,963,650.00 | 0.00 | | 0.00 | FA |
| 13. Corrugator--More fully described at Line No. 30 on Appraisal attached hereto. Scheduled at Appraised Value. | 2,800,000.00 | 0.00 | | 0.00 | FA |
| 14. Corrugator- Programmable Logic Control with Profero Dual Arch Bridge Type Adhesive Application Unit (Subset of Corrugator at Line No. 30 on appraisal attached hereto.) | Unknown | 0.00 | | 0.00 | FA |
| 15. Supplies Inventory--Replacement Parts for Production Machinery (Valuation based on inventory completed 12/31/2019) | 3,350,785.00 | 0.00 | | 0.00 | FA |
| 16. Corrugator- Fosber M2400 Roll Stands, Bowed Roll for Manual Alignment, Additional Track Length, Spare Lower Pick up Roll for Dual Arch Gluer (Subset of Corrugator at Line No. 30 on appraisal attached hereto.) | Unknown | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 20-61029 | RK | Judge: | Russ Kendig | Trustee Name: | Lisa M. Barbacci |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Fibercorr Mills LLC | | | | Date Filed (f) or Converted (c): | 06/10/2021 (c) |
| | | | | | 341(a) Meeting Date: | 07/29/2021 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 01/07/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. 670 17th St NW, Massillon, OH 44647-5343 Lease of Manufacturing Facility from Cherry Springs of Massillon II LLC PPN 617463 Leashold | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2016 Mazda CX-9 2WD  More fully described on Line No. 77 of the Appraisal attached hereto. Scheduled at Appraised Value. | 19,000.00 | 0.00 | | 0.00 | FA |
| 19. 2014 Chevrolet Silverado More fully described at Line No. 78 on the Appraisal attached hereto.  Scheduled at Appraised Value. | 18,000.00 | 0.00 | | 0.00 | FA |
| 20. Pre and post petiton review of financial affairs  (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| 21. Sun Life Dividends (u) | Unknown | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $10,559,726.25 | $3,847.06 | | $3,845.06 | $2.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

(3/31/22) Continued review of documentation and financial affairs/transactions for pre and post petition period/conversion to chapter 7 (Asset No. 20).
(9/30/21) Review of financial affairs/transactions for pre and post petition period and conversion to chapter 7 (Asset No. 20).
(9/29/21) Pre and post petition review of financial affairs (Asset No. 20).
(8/26/21) Order Granting MTLS and Abandonment 2018 Audi SQ5. Docket No. 368
(8/03/21) Counsel for Trustee Employed by Order at Docket No. 359.
(7/28/21) MTLS and Abandonment 2018 Audi SQ5. Docket No. 356
(6/10/21) Lisa Barbacci added as Chapter 7 Trustee. Jointly administered cases Cherry Springs of Massillon II, LLC, Case No. 20-61030, and Shew Industries Inc.
(6/10/2021) Order Converting Case from Chapter 11 to Chapter 7, Docket No.

(6/19/20) Order Granting Joint Administration of Chapter 11 Cases, Docket No. 39

RE PROP #      10    --    Originally scheduled at $56,000 and amended at Doc. No. 101 to $19,000

Initial Projected Date of Final Report (TFR): 03/31/2023   Current Projected Date of Final Report (TFR): 03/31/2023

Trustee Signature:   /s/ Lisa M. Barbacci     Date: 04/25/2022

Lisa M. Barbacci
600 E Smith Rd.
Medina, OH 44256-2666
(330) 722-4488
barbaccitrustee@gmail.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 20-61029 | Trustee Name: Lisa M. Barbacci |
| Case Name: Fibercorr Mills LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0985 |
| | Checking |
| Taxpayer ID No: XX-XXX3852 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 03/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/21 | 1 | Fibercorr | Bank Funds at Petition Date | 1129-000 | $3,845.06 | | $3,845.06 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,845.06 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,845.06 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,845.06 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $3,845.06 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0985 - Checking | $3,845.06 | $0.00 | $3,845.06 |
|  | $3,845.06 | $0.00 | $3,845.06 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,845.06 |
| Total Gross Receipts: | $3,845.06 |

Trustee Signature: /s/ Lisa M. Barbacci    Date: 04/25/2022

Lisa M. Barbacci
600 E Smith Rd.
Medina, OH 44256-2666
(330) 722-4488
barbaccitrustee@gmail.com

Page Subtotals: $0.00 $0.00